Daniel P. Collins (AZ Bar No. 009055)
Patrick T. Derksen (AZ Bar No. 023178)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 2nd Floor
Phoenix, Arizona 85073-0608
Telephone: (602) 252-1900
Facsimile: (620) 252-1114
Email: dcollins@cmpbglaw.com
Email: pderksen@cmpbglaw.com
Attorneys for Debtors/Debtor-in-Possession,

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SONORA DESERT DAIRY, L.L.C., an Arizona limited liability company,<br><br>          Debtor.<br><br>In re:<br><br>SONORA DESERT DAIRY II, L.L.C., an Arizona limited liability company,<br><br>          Debtor.<br><br>In re:<br><br>SONORA DESERT DAIRY III, L.L.C., an Arizona limited liability company,<br><br>          Debtor.<br><br>In re:<br><br>LUECK CATTLE COMPANY, L.L.C., an Arizona limited liability company,<br><br>          Debtor.<br><br>In re:<br><br>BOB LUECK FARMS, L.L.C., an Arizona limited liability company,<br><br>          Debtor. | Chapter 11<br><br>Case Nos. 2:12-bk-00262-CGC<br>              2:12-bk-00263-CGC<br>              2:12-bk-00264-RJH<br>              2:12-bk-00265-SSC<br>              2:12-bk-00266-JMM<br><br><br><br>**DECLARATION OF CHARLES J. HAVRANEK IN SUPPORT OF APPLICATION TO EMPLOY REAL ESTATE BROKER AND CONSULTANT** |

STATE OF ARIZONA )
) ss.
County of Maricopa )

I, Charles J. Havranek, declare as follows:

1. I am an appraiser and real estate agent duly licensed in the State of Arizona.

2. I am employed with the real estate brokerage firm of Southwest Land Associates, L.L.C. ("Southwest Land") located at 16330 West Papago Street, Goodyear, Arizona 85338-2460, and as such, am authorized to make this affidavit on behalf of Southwest Land. My particular expertise relates to agricultural properties, especially farms and dairies.

3. To the best of my knowledge, based on an internal conflict check and subject to the disclosures herein, neither Southwest Land nor I represent any person or entity holding an interest adverse to this bankruptcy estate. Further, based upon my information and belief, I do not believe Southwest Land or I hold any claims against the estate or creditors of this estate. Neither Southwest Land nor I are owed any amounts for pre-petition legal services rendered to the Debtors.

4. I previously represented the Debtors' principal, Robert J. Lueck, as the buyer's agent in purchasing portions of the approximately 518 acres of real property in Rainbow Valley (the "Dairy Property"), which is now owned by Bob Lueck Farms, L.L.C. I have also performed at least three appraisals of both the Dairy Property and the 1,388.1+/- acre farm (the "Arlington Farm") near Arlington, Arizona on behalf of the Debtors, which appraisals were utilized by the Debtors' secured creditors, including Wells Fargo, First Bank of Altus and Farm Credit. The last such appraisal I performed was in 2005. Finally, before Bob Lueck Farms, L.L.C. acquired the Arlington Farm, I appraised the Arlington Farm for the secured lender in prior bankruptcy of Wayne Vanosdell.

5. I believe Southwest Land and I are disinterested within the meaning of 11 U.S.C. § 327.

6. Southwest Land and I are prepared to assist the Debtors in valuing and conveying this estate's real property.

7. Southwest Land and I propose to be compensated on the sale of the Farm (as that property is described in the Debtors' application to employ us) on the basis of 2.5% commission if Southwest Land sells the Farm or on the basis of 4.0% commission for any co-brokerage arrangement to be split equally between all brokerages involved in the ultimate sale of the Farm. In addition, I propose to be compensated at the rate of $200 per hour for consulting, valuation and testimony work.

_____
Charles J. Havranek

| | |
|---|---|
| 1 | Copy of the foregoing mailed |
| 2 | this 9th day of January, 2012, to: |
| 3 | Office of the United States Trustee |
| 4 | Attn: Richard Cuellar, Esq.<br>230 North First Avenue, Suite 204 |
| 5 | Phoenix, Arizona 85003-1706 |
| 6 | Robert Miller, Esq. |
| 7 | Bryan Cave, LLP<br>2 North Central Avenue, Suite 2200 |
| 8 | Phoenix, Arizona 85004-4406 |
| 9 | Attorneys for Wells Fargo |
| 10 | John O'Brien, Esq. |
| 11 | Snell & Wilmer<br>1200 South 17th Street, Suite 1900 |
| 12 | Denver, Colorado 80202 |

*/s/ Cindy Taylor*